IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:04-CV-00581-FDW

| | |
|---|---|
| PLANNING MATTERS, INC., and LISA M. GAST, <br><br> Plainitiff, <br><br> vs. <br><br> LEARNSOMETHING, INC., <br><br> Defendant. | NOTICE |

TAKE NOTICE that this matter has been set for hearing on Defendant's Motion for Partial Summary Judgment (Doc. No. 29) to be held at **3:30 p.m.** on **01 October 2007** in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina. Oral arguments will be limited to fifteen (15) minutes per side. The parties should also be prepared to update the Court as to the status of the parties' settlement discussions. Counsel are directed to have their clients or representatives with settlement authority either present in the courtroom or readily available by telephone at the time of the hearing.

Signed: September 10, 2007

Frank D. Whitney
United States District Judge