# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO. 3:04-CV-00581-FDW

| | |
|---|---|
| PLANNING MATTERS, INC., and LISA M. GAST, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| LEARNSOMETHING, | )<br>) |
| Defendant. | )<br>) |

ORDER

THIS MATTER comes now before the Court upon Plaintiffs' Motion to Supplement the Record (Doc. No. 48), filed on September 27, 2007. On October 1, 2007, the Court held a hearing regarding Defendant's Partial Motion for Summary Judgement (Doc. No. 29), after which it issued an oral ruling granting Defendant's motion. The Court intended to grant Plaintiff's Motion to Supplement the Record at that hearing, neglected to do so, and does so now. For the purposes of the October 1 summary judgment hearing, the Court considered Ms. Gast's written interrogatories to have been duly verified.

Plaintiff's Motion to Supplement the Record is hereby GRANTED *nunc pro tunc* October 1, 2007.

IT IS SO ORDERED.

Signed: October 11, 2007

Frank D. Whitney
United States District Judge